ACCEPTED
12-14-00305-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/24/2015 5:02:13 PM
CATHY LUSK
CLERK

**CAUSE NO. 12-14-00305-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/24/2015 5:02:13 PM
CATHY S. LUSK
Clerk

**IN THE 12ᵀᴴ COURT OF APPEALS OF TEXAS**

Jimmy DeShawn Mosley, JR.,

Appellant

vs.

THE STATE OF TEXAS,

Apellee

HONORABLE DWIGHT PHIFER, JUDGE PRESIDING

2ⁿᵈ JUDICIAL DISTRICT COURT, CHEROKEE COUNTY, TEXAS

MOTION TO WITHDRAW

ATTORNEY FOR APPELLANT

JONATHAN RICHEY
SBN: 24065973
215 E. COMMERCE STREET
JACKSONVILLE, TX 75785
903-586-2595

# MOTION FOR LEAVE TO WITHDRAW FROM MERITLESS APPEAL

TO THE HONORABLE COURT OF APPEALS

NO COMES JONATHAN RICHEY, Movant, and brings this motion for leave to withdraw as counsel of record and in support thereof would respectfully show the Court as follows:

1. Movant was appoint to represent Jimmy DeShawn Mosley, Jr., on appeal from his conviction for Capital Murder.

2. Appellant, Jimmy DeShawn Mosley, Jr., TDC 1954147, is currently at the TDC Connally Unit, located at 899 FM 632, Kennedy, TX 78119.

3. Good cause exists for withdrawal as counsel in that after a diligent search of the record on appeal, counsel has concluded that there is no meritorious ground for reversal of the conviction or granting new trial and filed an *Anders* brief.

4. Counsel has advised Appellant by certified mail, of his right to file his own brief and his right to file a Petition for Review if this Court decides this matter adversely to him, attached as Exhibit "1."

5. Counsel has provided Appellant with a copy of the clerk's record and reporter's record to review before he files his own brief, if he so desires, by letter as contained in Exhibit "1" attached hereto.

WHEREFORE, PREMISE CONSIDERED, Movant prays that this Court, if it determine that the appeal is meritless, allow counsel to withdraw after notifying Appellant of the disposition of this appeal and his right to seek discretionary review.

Respectfully Submitted,
Norman, Angle, Guy & Brewer PLLC

Jonathan Richey
SBN: 24065973
Attorney at Law
215 E. Commerce St., 2nd Floor
Jacksonville, TX 75766
Tele: 903-586-2595
Fax: 903-586-0524
Attorney for Appellant

## CERTIFICATE OF SERVICE

I, Jonathan Richey, the undersigned attorney for Appellant, do hereby certify that a true and correct copy of the foregoing document was served on, Cherokee County District Attorney, via facsimile transmission to 903-683-2309 on or before February 24, 2015.

Attorney for Appellant